**Stella Mae BRADLEY, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27572.**

Court of Criminal Appeals of Texas.

April 27, 1955.

162

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

.The offense is the possession of whiskey upon which no tax had been paid; the punishment, a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.